**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02536-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ANNAMARIE,

    Plaintiff,

v.

ELECTORS FOR THE STATE,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, Annamarie, currently resides in Bradenton, Florida.  Plaintiff has submitted a document titled, "Affidavit of Annamarie (? Last Name Uncertain) in Support of an Emergency Interdict to Prevent the State Mentioned at the Heading Hereof From Allowing Barak Hussein Obama as Candidate in the November 2012 Election in the Said State and to Take Action Against Crime."  Plaintiff also submitted an Affidavit of Indigency.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1)   ___   is not submitted
(2)   _X_   is not on proper form (must use the Court's current form)
(3)   ___   is missing original signature by Plaintiff

(4) __ is missing affidavit
(5) __ affidavit is incomplete
(6) __ affidavit is not notarized or is not properly notarized
(7) __ names in caption do not match names in caption of complaint, petition or application
(8) __ other:

**Complaint or Petition**:

(9)  __ is not submitted
(10) X  is not on proper form (must use the Court's current form)
(11) __ is missing an original signature by Plaintiff
(12) __ is incomplete (Pages Three through Five are incomplete)
(13) __ uses et al. instead of listing all parties in caption
(14) __ names in caption do not match names in text
(15) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __ other: _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a civil complaint and a 28 U.S.C. § 1915 motion and affidavit, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED September 25, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge